William J. Robinson (State Bar No. 83729)
Steven O. Kramer (State Bar No. 79626)
Victor de Gyarfas (State Bar No. 171950)
**MAYER, BROWN & PLATT**
350 South Grand Avenue
25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Fax: (213) 625-0248

Attorneys for Defendant/
Counterclaim Plaintiff,
**CINCOM SYSTEMS, INC.**

PSEND ENTER
JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 3 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKMAN INSTRUMENTS, INC., a Delaware corporation; SYSTEMS MANAGEMENT SPECIALISTS, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CINCOM SYSTEMS, INC., an Ohio corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. <br><br> CINCOM SYSTEMS, INC., an Ohio corporation, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BECKMAN INSTRUMENTS, INC., a Delaware corporation; SYSTEMS MANAGEMENT SPECIALISTS, INC., a Delaware corporation, <br><br> Counterclaim Defendants. | CASE NO. SA CV 97-764 DOC (EEx) <br><br> [~~PROPOSED~~] FINAL JUDGMENT |

ENTERED

DEC 14 2001

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE

BY                              DEPUTY

___ Docketed
___ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTER ON ICMS

DEC 14 2001

**THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).**

28506865.1 99545212

1        On November 27, 2001, after decision[1/] by the Ninth Circuit Court of Appeals on July

2  25, 2000 entering summary judgment of liability in favor Cincom Systems, Inc. ("Cincom")

3  and against Beckman Instruments, Inc. ("Beckman") and Systems Management Specialists,

4  Inc. ("SMS") on Cincom's claims for copyright infringement, contributory copyright

5  infringement, and breach of contract, this action came on for trial on the damages phases of

6  those claims and for the damages and liability phases of Cincom's claims against Beckman

7  and SMS for inducing breach of contract, trade secret misappropriation and unfair

8  competition. On December 3, 2001, the jury rendered its verdict in this case on the issues

9  tried to it; and, on December 4, 2001, the Court issued its Findings of Fact and Conclusions

10  of Law on the issues tried to it. In accordance with the rulings of the Ninth Circuit, the jury

11  verdict, the Court's rulings, and the provisions of F.R.Civ.P. 58,

12        IT IS ADJUDGED, DECREED AND ORDERED AS FOLLOWS.

13        1.     Judgment is entered in favor of Cincom and against Beckman and SMS on

14  Cincom's claims for copyright infringement and contributory copyright infringement against

15  Beckman and SMS, and on Cincom's claim for breach of contract against Beckman, in the

16  total amount of $2,730,333.00 (not including prejudgment interest). This judgment will bear

17  interest at the judgment rate from the date it is entered until fully satisfied.

18        2.     Cincom shall take nothing on its claims for Inducing Breach of Contract, Trade

19  Secret Misappropriation, and Unfair Competition.

20        3.     Cincom is the prevailing party, is entitled to its costs of suit as taxed in this

21  matter, and may file a motion to obtain prejudgment interest on the judgment sum identified

22  in Paragraph 1.

23        4.     In view of summary judgment of copyright infringement, contributory copyright

24  infringement, and breach of contract having been entered by the Ninth Circuit, entry of a

25  permanent injunction prohibiting further copyright infringement is warranted and,

26  accordingly, IT IS FURTHER ORDERED THAT:

27

28  [1/]    Beckman Inst. Inc. v. Cincom Systems, Inc., 2000 U.S. App. LEXIS. 18166 (9th Cir. 2000), cert. denied, ___ U.S. ___, 2001 U.S. LEXIS 1203 (2001). All claims by Beckman and SMS against Cincom were previously dismissed.

        a.    Beckman and SMS, and their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are hereby immediately and permanently restrained and enjoined from directly, contributorily, or indirectly infringing Cincom's copyrights in any manner, and from using, accessing, running, loading, causing (directly or indirectly, such as through a scheduling program), to be run or loaded, selling, distributing, or copying in any manner any copies or portions of copies of the following copyrighted Cincom computer programs: Total 8.2 ("TOTAL"), Supra 2.6 ("SUPRA"), and DBA Utilities 8.2 ("UTILITIES") (collectively the "Subject Works.").

        b.    Beckman and SMS, and their officers, agents, servants, employees, attorneys, and those in active concert or participation with Plaintiffs shall, within five court days of entry of this Judgment:

                (1)    Delete from any and all hard disk drives or other magnetic storage devices any copy of Cincom software and any links in any other programs to Cincom software;

                (2)    Provide a full accounting of all Cincom property, including all copyrighted works presently in their possession;

                (3)    Return all Cincom property, including all copyrighted works, presently in their possession or control to Cincom, including all program manuals and documentation concerning the Subject Works; and

//
//
//
//
//
//
//
//
//

28506865.1 99545212

2

(4)    Within 30 days of receipt of this order, Beckman and SMS shall each submit to a deposition concerning the actions they took to comply with this Order.

IT IS SO ORDERED.

Dated: _December 12, 2001_                    _David O. Carter_
                                              UNITED STATES DISTRICT JUDGE

Dated at Santa Ana, California, this ____ day of December 2001.

                                              _____
                                              Clerk
                                              United States District Court for the
                                              Central District of California

                                              By:_____
                                                    Deputy Clerk

Submitted on December 11, 2001 by:

_William J. Robinson_
William J. Robinson
**MAYER, BROWN & PLATT**

Attorneys for Defendant/Counterclaim Plaintiff
**CINCOM SYSTEMS, INC.**

28506865.1 99545212

3

## PROOF OF SERVICE

I, LETICIA G. COLLIER, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071.

On December 11, 2001, I served the foregoing document(s) described as: **[PROPOSED] FINAL JUDGMENT**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ By placing the document(s) listed below in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at Los Angeles, California addressed as set forth below.

☒ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ By placing the document(s) listed above in a sealed UPS envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

Bart L. Kessel, Esq.
Neil M. Sunkin, Esq.
Arter & Hadden, LLP
725 South Figueroa Street, Suite 3400
Los Angeles, CA 90017
Telephone No. (213) 430-3000
Facsimile No. (213) 617-9255

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 11, 2001, at Los Angeles, California.

Leticia G. Collier

28393923.1  121101 1405P 99545212